FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2017 MAR -2 PM 3: 09
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

MICHAEL DANIELS,

    Plaintiff,

vs.                              CASE NO.:    6:17-cv-365-ORL-40DCI

SHARYANAH, INC., and SAAD
AHMAD, Individually,

    Defendants.    /

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, MICHAEL DANIELS, by and through the undersigned attorney, sues the Defendants, SHARYANAH, INC., a Florida Corporation, and SAAD AHMAD, Individually, and alleges:

1. Plaintiff, MICHAEL DANIELS, was an employee of Defendants and brings this action for unpaid overtime compensation, declaratory relief, and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(b) ("FLSA").

### General Allegations

2. Plaintiff, MICHAEL DANIELS was an hourly paid employee who worked at Defendant's property within the last three years for Defendant in Osceola County, Florida.

3. Plaintiff, MICHAEL DANIELS, worked for Defendants from approximately August 2015 to January 2017 as an hourly paid clerk.

4. Plaintiff, MICHAEL DANIELS, was paid an hourly rate of $11.00 per hour. His overtime rate is $16.50 per hour. ($11.00 x 1.5 = $16.50)

5. Plaintiff, MICHAEL DANIELS, is a non-exempt employee entitled to overtime

1

compensation.

6. Defendant, SHARYANAH, INC., is a Florida Corporation that operates and conducts business in Osceola County, Florida and is therefore, within the jurisdiction of this Court.

7. Specifically, SHARYANAH, INC., operates a gas station at 1979 East Osceola Parkway, Kissimmee Florida 34743.

8. At all times relevant to this action, SAAD AHMAD was an individual resident of the State of Florida, who owned and operated SHARYANAH, INC., and who regularly exercised the authority to: (a) hire and fire employees of SHARYANAH, INC.; (b) determine the work schedules for the employees of SHARYANAH, INC., and (c) control the finances and operations of SHARYANAH, INC. By virtue of having regularly exercised that authority on behalf of SHARYANAH, INC., SAAD AHMAD is/was an employer as defined by 29 U.S.C. § 201, et seq.

9. This action is brought under the FLSA to recover from Defendants overtime compensation, liquidated damages, and reasonable attorneys' fees and costs.

10. This Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. §1331 and the FLSA and the authority to grant declaratory relief under the FLSA pursuant to 28 U.S.C. §2201 et seq.

11. During Plaintiff's employment with Defendants, Defendant, SHARYANAH, INC., earned more than $500,000 per year in gross sales.

12. Defendant, SHARYANAH, INC., employed approximately 10 employees and paid these employees plus earned a profit from their business.

13. During Plaintiff's employment, Defendant, SHARYANAH, INC., employed at least two employees who handled goods, materials and supplies which travelled in interstate commerce, such as food, drinks, alcoholic beverages, phones, gasoline, and other items used to run the

business.

14. Additionally, Defendant, SHARYANAH, INC., specifically engaged in interstate commerce by providing goods and fuel to tourists traveling through the theme park/attractions area.

15. Therefore, at all material times relevant to this action, Defendant, SHARYANAH, INC., was an enterprise covered by the FLSA, and as defined by 29 U.S.C. §203(r) and 203(s).

## FLSA Violations

16. At all times relevant to this action, Defendants failed to comply with the FLSA because Plaintiff performed services for Defendants for which no provisions were made by Defendants to properly pay Plaintiff for all overtime hours worked.

17. During his employment with Defendants, Plaintiff was not paid time and one-half his regular rate of pay for all hours worked in excess of forty (40) per work week during one or more work weeks.

18. Based upon these above policies, Defendants have violated the FLSA by failing to pay complete overtime pay.

19. Upon information and belief, the records, to the extent any exist, concerning the number of hours worked and amounts paid to Plaintiff are in the possession and custody of Defendants.

## COUNT I - RECOVERY OF OVERTIME COMPENSATION

20. Plaintiff reincorporates and readopts all allegations contained within Paragraphs 1-16 above.

21. Plaintiff is/was entitled to be paid time and one-half his regular rate of pay for each hour worked in excess of forty (40) per work week.

22. During his employment with Defendants, Plaintiff worked overtime hours but was

3

not paid time and one-half compensation for same.

23. For example, for the two week pay period ending 4/28/2016, Plaintiff worked 134.55 hours. Plaintiff received his regular rate of $11.00 per hour for all hours worked. SEE ATTACHED "A"

24. Another example, for the two week pay period ending 7/21/2016, Plaintiff worked 93.10 hours. Plaintiff received his regular rate of $11.00 per hour for all hours worked. SEE ATTACHED "B"

25. Furthermore, Defendant regularly requested Plaintiff to perform uncompensated work off the clock such cash pick-ups and bank deposits.

26. Defendants did not have a good faith basis for their decision not to pay Plaintiff full overtime compensation.

27. As a result of Defendants' intentional, willful and unlawful acts in refusing to pay Plaintiff time and one-half his regular rate of pay for each hour worked in excess of forty (40) per work week in one or more work week, Plaintiff has suffered damages plus incurring reasonable attorneys' fees and costs.

28. As a result of Defendants' willful violation of the FLSA, Plaintiff is entitled to liquidated damages.

29. Plaintiff demands a trial by jury.

[THIS SPACE INTENTIONALLY LEFT BLANK]

WHEREFORE, Plaintiff, MICHAEL DANIELS demands judgment against Defendants for unpaid overtime compensation, liquidated damages, reasonable attorneys' fees and costs incurred in this action, declaratory relief, and any and all further relief that this Court determines to be just and appropriate.

_____
Matthew R. Gunter, Esq.
FBN 0077459
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:  (407) 420-1414
Facsimile:  (407) 867-4791
Email: mgunter@forthepeople.com
Attorneys for Plaintiff