UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MICHAEL DANIELS,

    Plaintiff,

v.   Case No: 6:17-cv-365-Orl-40DCI

SHARYANAH, INC. and SAAD AHMAD,

    Defendants.
_____/

## ORDER

This cause is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 20) filed on June 6, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice of Non-Objection was filed (Doc. 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 9, 2017 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 20) is **GRANTED**.

3. The Court finds the Agreement (Doc. 20-1) to be a fair and reasonable settlement of Plaintiff's FLSA claim.

4. The case is **DISMISED with prejudice**.

5. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on June 28, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties